E-FILED
Monday, 10 April, 2023 09:24:27 AM
Clerk, U.S. District Court, ILCD

FILED
APR 0 4 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 23-30019 |
| v. | Violations: 26 U.S.C. § 7206(1) |
| MICHAEL MIXER, | |
| Defendant. | |

# INDICTMENT

On or about April 19, 2016, in Adams County, in the Central District of Illinois, the defendant,

MICHAEL MIXER,

willfully made and subscribed and filed and caused to be filed with the IRS, a false U.S. Individual Income Tax Return, Form 1040, for calendar year 2016, which was verified by a written declaration that it was made under the penalties of perjury and which MIXER did not believe to be true and correct as to every material matter. Specifically, MIXER reported that his total income and taxable income were $56,061 and $27,261, respectively, and that the tax return accurately listed all amounts and sources of income, when in fact, as he well knew, such statements were

false in that MIXER failed to report additional business income and complete a required Schedule C or failed to report other income.

All in violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL.

s/ Foreperson
FOREPERSON

for s/ Douglas Quivey
GREGORY K. HARRIS
United States Attorney
TAB

2